UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JAMES GEHRMAN and MICHAEL REIDER, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 1:14-cv-341-JDL |
| TWIN RIVERS PAPER COMPANY, ) ) ) | |
| Defendant. ) | |

### ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The Magistrate Judge filed his Recommended Decision on February 6, 2015, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). ECF No. 21. The plaintiffs, James Gehrman and Michael Reider, filed a Partial Objection on February 23, 2015. ECF No. 22. The defendant, Twin Rivers Paper Company, filed its Response to Plaintiffs' Partial Objection on March 12, 2015. ECF No. 23.

I have carefully reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**. Twin Rivers' Motion to Dismiss (ECF No. 12) is

**GRANTED IN PART** with regard to Count Four of the First Amended Complaint (ECF No. 7), and **DENIED IN PART** with regard to Counts One, Two, and Three.

    **SO ORDERED.**

                                            /s/ Jon D. Levy
                                      United States District Judge

Dated this 17th day of April, 2015.